**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CANON SOLUTIONS AMERICA, INC.,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**RAY MORGAN COMPANY, INC.,** *et al.***,**<br><br>　　　Defendants. | CASE NO.: 4:14-cv-01202-YGR<br><br>**ORDER REGARDING INITIAL DOCUMENT COLLECTION AND PRESERVATION** |

Upon consideration of Plaintiff Canon Solutions America, Inc.'s ("CSA") Complaint and Application for Temporary Restraining Order; Order to Show Cause Regarding Preliminary Injunction; and Order for Expedited Discovery, its Memorandum of Points and Authorities and Declarations filed in support thereof, and oral argument during a telephonic conference at which all parties were present,

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. Defendants are hereby ordered to conduct an immediate and thorough search for any CSA property and confidential data Defendants may still have under their control, whether in paper or electronic form. Defendants are ordered to preserve, and not to destroy, any CSA documents or any copies of such documents. Defendants are prohibited from destroying, discarding, or erasing any electronic storage devices where such documents have been stored.

2. All parties are hereby ordered to preserve any and all documents, whether in paper or electronic form, that relate in any way to the claims alleged in CSA's Complaint or the subject

matter of this litigation.  Defendants are hereby on notice that any destruction of evidence, including deletion of e-mails, text messages, voice messages, files, back-up drives, or any other data or documents, whether in electronic or paper form, will constitute spoliation of evidence and will subject Defendants to sanctions.

3. Defendant RMC shall file with this Court and serve on CSA's counsel, within 7 days after service of the restraining order, a written report, signed under oath by an officer or managerial employee of RMC personally, setting forth in detail the manner and form in which Defendants have complied with the Court's Order.

4. The parties shall meet and confer on an expedited discovery schedule and on a process for the forensic imaging and inspection of the Individual Defendants' personal and work computers, cell phones, smart phones, and any other electronic devices in their possession.  The parties shall also meet and confer on the subject of which corporate entity Plaintiff's Complaint should name.

5. A telephonic conference is hereby set for **Tuesday, April 1, 2014** at **1:00 p.m.** on the subject of the briefing schedule for Plaintiff's Motion for Preliminary Injunction and the need for an evidentiary hearing in support of same.

6. A hearing on Plaintiff's Motion for Preliminary Injunction shall occur on **Monday, May 12, 2014** at **9:00 a.m.** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

7. This Order shall remain in full force and effect until such other time as the Court specifically orders.

**IT IS SO ORDERED**.

Date: March 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**