JOSEPH W. HAMMELL (admitted *pro hac vice*)
JOEL O'MALLEY (SBN 262958)
JOLYNN M. MARKISON (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2777

DAVID MURPHY (SBN 122818)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

Attorneys for Plaintiff Canon
Solutions America, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Canon Solutions America, Inc., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>Ray Morgan Company, Inc., a California corporation; Deborah Royston, a citizen of California; Mark Hipperson, a citizen of California; Steve Rieger, a citizen of California; Craig Collins, a citizen of California; Anthony Bishop, a citizen of California; and Does 1-25, citizens of California,<br><br>Defendants. | CASE NO.: 4:14-CV-1202-YGR<br><br>[~~PROPOSED~~] **ORDER REGARDING PARTIES' JOINT DISCOVERY PLAN** |

On Tuesday, April 1, 2014, a telephonic conference was held with all parties present and, having discussed various scheduling issues,

**IT IS HEREBY ORDERED AND DECREED THAT:**

<u>Written Discovery and Document Production</u>

1. The parties will exchange written discovery requests by **Friday, April 4, 2014**. The parties agree that a protective order is necessary, and will jointly submit a stipulation and proposed order for the Court's review by **Thursday, April 3, 2014**.

2. Without prejudice to its position that no trade secret disclosure is necessary in this case pursuant to C.C.P. 2019.210 (or at least none beyond that already provided in the sworn declaration of Kimberley Haydel and in the Complaint), Plaintiff has agreed to provide such a statement by **Thursday, April 3, 2014**.

3. The parties will commence rolling document production as soon after entry of a protective order as possible, with all document production completed by **Friday, April 18, 2014**, subject to unforeseen circumstances. Should a party believe it requires more time to complete document production, that party shall first confer with opposing counsel to attempt to work out a solution and, if unable to do so, shall submit a request to the Court before the April 18 deadline for an extension of that deadline for good cause.

<u>Depositions</u>

4. The parties will take and complete depositions during the period of **Wednesday, April 23, 2014, through Friday, May 2, 2014**. During the expedited discovery phase, the parties may agree that depositions be limited to less than seven hours on a witness-by-witness basis, with remaining deposition time reserved for future discovery. The parties will work in good faith to ensure timely completion of depositions.

<u>Briefing on Plaintiff's Motion for Preliminary Injunction</u>

5. Briefing on Plaintiff's Motion for Preliminary Injunction shall be submitted during the week of **May 5, 2014**, with the nature of briefing and exact briefing schedule subject to the need for an evidentiary hearing.

<u>Evidentiary Hearing</u>

6. No later than noon on **Monday, April 28, 2014**, the parties will jointly inform the Court whether they anticipate the need for an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction, subject to the Court's schedule and availability.

<u>Discovery Disputes</u>

7. Should disputes arise during expedited discovery, the parties will follow the Court's instruction in its Standing Order in Civil Cases, Paragraph 8(b), by submitting a joint letter brief setting forth the dispute and requesting expedited resolution by the Court. The parties are directed to review and become familiar with the Court's standing orders.

<u>Defendant Ray Morgan Company, Inc.'s Compliance Report</u>

8. Defendant RMC shall file and serve its compliance report pursuant to Paragraph 3 of the Court's Order Regarding Initial Document Collection and Preservation (Dkt. No. 25) by **Friday, April 11, 2014**.

<u>Telephonic Conference</u>

9. A telephonic conference is hereby set for **Monday, April 28, 2014**, at **4:30 p.m.** on the subject of the briefing schedule for Plaintiff's Motion for Preliminary Injunction and the need for an evidentiary hearing in support of same

10. This Order shall remain in full force and effect until such other time as the Court specifically orders.

**It Is So Ordered.**

Dated: April 7, 2014

_____
**Yvonne Gonzalez Rogers
United States District Court Judge**