UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANON SOLUTIONS AMERICA, INC., | No. C-14-01202 YGR (DMR) |
| Plaintiff, | **ORDER RE DISCOVERY LETTERS [DOCKET NOS. 47, 48]** |
| v. | |
| RAY MORGAN COMPANY, INC., *et al.*, | |
| Defendants. | |

On April 17 and 18, 2014, Plaintiff Canon Solutions America ("CSA") and Defendants Ray Morgan Company, Inc. ("RMC"), et al. submitted letter briefs regarding their discovery dispute. [Docket Nos. 47, 48.] The Honorable Yvonne Gonzalez Rogers referred the dispute to the undersigned on April 21, 2014. [Docket No. 49.] The court conducted a telephonic conference with all parties present on April 24, 2014. This order summarizes the rulings made by the court on the record during the conference. The court has added a procedure to facilitate the identification of CSA clients subject to the provisions of the court's "standstill" order, set forth under Section B below.

**A.     Scheduling re Plaintiff's Motion for Preliminary Injunction**

The court amends presiding Judge Yvonne Gonzalez Rogers's April 7, 2014 Order Regarding Parties' Joint Discovery Plan (Docket No. 38) as follows:

•     All document production shall be completed by **Tuesday, April 29, 2014**;

- the parties will take and complete depositions during the period of **May 5, 2014 through May 14, 2014**;
- briefing on Plaintiff's Motion for Preliminary Injunction shall be submitted during the week of **May 12, 2014**, with the nature of briefing and exact briefing schedule subject to the need for an evidentiary hearing;
- by **no later than noon on May 9, 2014**, the parties will jointly inform Judge Gonzalez Rogers whether they anticipate the need for an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction, subject to the court's schedule and availability;
- the court will conduct a telephonic conference on **May 9, 2014 at 4:30 p.m.** on the subject of the briefing schedule for Plaintiff's Motion for Preliminary Injunction and the need for an evidentiary hearing in support of same; and
- a hearing on Plaintiff's Motion for Preliminary Injunction is set for **Friday, May 23, 2014 at 2:00 p.m.** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

### B.   "Standstill" Order

The following conditions are in place until the **May 23, 2014** hearing on Plaintiff's Motion for Preliminary Injunction, and expire at the time of that hearing.

By **5:00 p.m. on April 23, 2014**, Defendant Deborah Royston shall file a sworn declaration setting forth the name of any individuals at RMC to whom she provided confidential CSA data, information, documents, files, or property, other than counsel. The court may amend the following provisions upon receipt of Royston's declaration.

1. Defendants and their respective officers, employees, agents, or affiliates, and anyone else in active concert or participation with them shall not use or disclose any CSA data, information, documents, files, or property.

2. Defendant Royston shall not, directly or indirectly, solicit or offer to do business with (including any offer to sell or service equipment), or conduct business with (including sales or service), any current CSA customer.

1   3.   Individual Defendants Mark Hipperson, Steve Rieger, Craig Collins, and Anthony Bishop shall not directly or indirectly solicit or offer to enter into any new sale, lease, or service agreements with any customer for which he was individually responsible at CSA and that is currently a CSA customer, except that RMC (and not the individual Defendants) may continue to sell new products and services to those customers that are currently both RMC and CSA customers.

In order to facilitate the identification of a list of customers with which the individual Defendants would be restricted from working during the standstill period, the court orders the following procedure: by **noon on Thursday, April 24, 2014**, the individual defendants shall identify to Plaintiff the accounts on which they worked while they were employed by CSA. CSA may then review the lists for completeness.

IT IS SO ORDERED.

Dated:  April 23, 2014



_____
DONNA M. RYU
United States Magistrate Judge

3

Case 4:14-cv-01202-YGR   Document 52   Filed 04/23/14   Page 4 of 4