**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CANON SOLUTIONS AMERICA, INC.,**<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>**RMC, A RAY MORGAN COMPANY,** *et al.***,**<br><br>　　　Defendants. | Case No.: 14-CV-1202 YGR<br><br>**ORDER REQUIRING PERSONAL APPEARANCE OF COUNSEL TO MEET AND CONFER REGARDING DISCOVERY DISPUTE** |

　　　On May 2, 2014, the parties filed a joint letter brief regarding outstanding discovery issues in this action. (Dkt. No. 61.) The Court has reviewed the joint letter brief and **ORDERS** as follows:

　　　Lead counsel with the full authority to resolve all discovery disputes for each party are hereby **ORDERED TO APPEAR** personally at the Federal Courthouse, 1301 Clay Street, Oakland, California, on **May 12, 2014 at 10:00 a.m.** Counsel shall further meet and confer regarding the matters presented in the parties' joint letter brief. Upon arrival, the parties shall report to the Clerk's Office and inform Courtroom Deputy Frances Stone that they have appeared. The parties shall further inform Ms. Stone when they have concluded their meeting.

　　　Defendant Deborah Royston is hereby on notice that her personal appearance may be required **Tuesday, May 13, 2014, at 9:00 a.m**. to address under oath any unresolved issues.

Dated: May 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**