AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN DISTRICT | District of | CALIFORNIA – OAKLAND DIVISION |

CANON SOLUTIONS AMERICA, INC.,
                Plaintiff (s),
V.
RAY MORGAN CMOPANY, INC., et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY AND ORDER**

CASE NUMBER: 4:14-CV-01202-YGR

Notice is hereby given that, subject to approval by the court, **Defendant Deborah Royston** substitutes
(Party (s) Name)

**James B. Betts**, State Bar No. **110222** as counsel of record in
(Name of New Attorney)

place of **Timothy L. Thompson of McCormick Barstow, LLP**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Betts, Rubin & McGuinness |
| Address: | 907 Santa Fe Ave., Ste. 201, Fresno, CA. 93721 |
| Telephone: | (559) 438-8500    Facsimile (559) 438-6959 |
| E-Mail (Optional): | br@bettsrubinlaw.com |

I consent to the above substitution.
Date: 4/16/2014
                (Signature of Party (s))

I consent to being substituted.
Date: 4/17/2014
                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/17/14
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 13, 2014
                YVONNE GONZÁLEZ ROGERS
              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

UNITED STATES DISTRICT COURT