JOSEPH W. HAMMELL (admitted *pro hac vice*)
JOEL O'MALLEY (SBN 262958)
JOLYNN M. MARKISON (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile:  (612) 340-2777
E-Mail:  hammell.joe@dorsey.com
            malley.joel@dorsey.com
            markison.jolynn@dorsey.com

DAVID MURPHY - SBN 122818
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:  efilingpa@dorsey.com
            murphy.david@dorsey.com

Attorneys for Plaintiff
CANON SOLUTIONS AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CANON SOLUTIONS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAY MORGAN COMPANY, INC., et al., <br><br> Defendants. | CASE NO. 4:14-cv-01202-YGR <br><br> **JOINT CASE MANAGEMENT STATEMENT & [~~PROPOSED~~] ORDER** <br><br> CMC <br> Date:  August 18, 2014 <br> Time: 2:00 p.m. <br> Courtroom:  1, 4th Floor <br><br> Hon. Judge Yvonne Gonzalez Rogers <br> Courtroom 5, Second Floor <br><br> Date Action Filed:   March 14, 2014 <br> Trial Date:    N/A |

TO THE COURT AND ALL PARTIES:

The parties to the above-entitled action submit this CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

The parties have reached a settlement and have previously filed a Stipulation and Proposed Order with this Court [ECF Dkt. Nos. 85, 89, 89-1, 89-2]. The parties do not believe a Case Management Conference is necessary, unless the Court has questions about the Stipulation and Proposed Order.

Dated: August 11, 2014                    DORSEY & WHITNEY LLP

                                          By: */s/ JoLynn Markison*
                                              DAVID J. MURPHY
                                              JOSEPH H. HAMMELL
                                              JOEL O'MALLEY
                                              JOLYNN M. MARKISON
                                              Attorneys for Plaintiff
                                              CANON SOLUTIONS AMERICA, INC.

DATED: August 11, 2014                    MCCORMICK BARSTOW

                                          By: */s/ Niki Cunningham*
                                              NIKI CUNNINGHAM

                                          Attorneys for Defendants Ray Morgan Company, Inc., and RMC A Ray Morgan Company, LLC

DATED: August 11, 2014                    LAWSON LASKI CLARK & POGUE, PLLC

                                          By: */s/ Erin Clark*
                                              ERIN CLARK

                                          Attorneys for Defendants Steve Rieger, Craig Collins, and Mark Hipperson

DATED: August 11, 2014                    MOSCONE EMBLIDGE SATER & OTIS

                                          By: */s/ Patricia Murphy*
                                              PATRICIA MURPHY

                                          Attorneys for Defendant Anthony Bishop

- 1 -

| | | |
|---|---|---|
| 1 | DATED:  August 11, 2014 | BETTS, RUBIN & MCGUINNESS |
| 2 | | By: */s/ James B. Betts* |
| | | JAMES B. BETTS |
| 3 | | |
| | | Attorneys for Defendant Deborah Royston |

### ATTESTATION OF ELECTRONIC SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this documents attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  August 11, 2014                    DORSEY & WHITNEY LLP

By:  */s/  David J. Murphy*
     DAVID J. MURPHY
     JOSEPH H. HAMMELL
     JOEL O'MALLEY
     JOLYNN M. MARKISON
     Attorneys for Plaintiff
     CANON SOLUTIONS AMERICA, INC.

### ORDER

The Court orders that the Case Management Conference scheduled for August 18, 2014 is canceled.

IT IS SO ORDERED.

Dated: August 14, 2014

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

- 2 -

JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER                    4:14-CV-01202-YGR